Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD,

    Plaintiff,   vs.

JESUS MEDINA, et al,

    Defendant,

Entered 12/20/2019 Nunc Pro Tunc to 12/15/2019

Case No.: 2:99-CV-02652-RMT-SH

[PROPOSED] RENEWAL OF CONSENT JUDGMENT BY CLERK

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Garden Ciy Boxing Club, Inc, and against Defendant, Jesus Medina, individually and dba El Sara Pe aka El Serape, entered on December 15, 2009, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---:|
| a. | Total judgment | $ 20,625.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal *(add a and b)* | **$ 20,625.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | **$ 20,625.00** |
| f. | Interest after judgment(.32%) | $ 660.00 |
| g. | Fee for filing renewal of application | $ 00.00 |
| h. | Total renewed judgment (add e, f and g) | **$ 21,285.00** |

Dated: December 20, 2019 Nunc Pro Tunc to 12/15/2019     CLERK, by _Sharon Hall Brown_ Deputy

KIRY . GRAY,
Clerk of Court

- 1-

Renewal of Consent Judgment